

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2021

No. 04-21-00046-CV

**IN RE** Brad **LARSEN,** Rent Werx LLC D/B/A Larsen Properties and Leah Larsen,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10309
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Real Parties' unopposed second motion for an extension is GRANTED. We order the Real Parties' response due March 22, 2021.

It is so **ORDERED** March 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

